

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-22-00261-CV
_____

ELIJAH RATCLIFF, APPELLANT

V.

JENKINS AND YOUNG PC, ET AL., APPELLEES

On Appeal from the 237th District Court
Lubbock County, Texas
Trial Court No. DC-2022-CV-0445, Honorable Les Hatch, Presiding

October 14, 2022

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and YARBROUGH, JJ.

Appellant, Elijah Ratcliff, proceeding pro se, filed a notice of appeal from the trial court's order of dismissal without paying the requisite filing fee. By letter of September 14, 2022, the Clerk of this Court notified Appellant that the filing fee was overdue and that unless he was excused from paying court costs under Rule of Appellate Procedure 20.1, failure to pay the filing fee within ten days would result in dismissal of the appeal. To date, Appellant has not paid the filing fee or sought leave to proceed without payment of court costs.

Because Appellant has failed to comply with a requirement of the appellate rules and a notice from the clerk requiring action within a specified time, we dismiss the appeal. *See* TEX. R. APP. P. 25.1(b), 42.3(c).

Per Curiam